William G. Patton, as Administrator of the Estate of William Dallas Patton, Deceased, Plaintiff-Appellant, v. Homer Wallace, Defendant-Appellee.

Gen. No. 62–F–20.

Fourth District.

May 22, 1962.

George J. Moran, of Granite City, James G. Gullett, of Elizabeth-town, and R. W. Harris, of Marion, for appellant; Ralph T. Smith, John T. Roach, of Alton, for appellee. Opinion by JUDGE CUL-BERTSON. Not to be published in full.